**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| VIVIANE PTAK AND VIVIANE PTAK, as Personal Representative of the Estate of Philip Paul Castonguay, III, | ) ) ) ) | |
| *Plaintiffs,* | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 4:23-11423-MRG |
| JEANNE VAN PATTEN-STEIGER, JOSEPH FRANCESCONI, ELIAS GIOKAS, KARA MAGUIRE, TODD FLETCHER, MICHAEL PIGHETTI, THE TOWN OF MILFORD, AND THE TOWN OF MILFORD POLICE DEPARTMENT | ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) ) ) | |

**JUDGMENT**

**GUZMAN, D.J.**

In accordance with the Memorandum and Order filed on March 19, 2026 [ECF 51] granting Defendants' Motion for Summary Judgment as to Counts I, II and III and dismissing the remaining claims, it is hereby **ORDERED AND ADJUDGED**:

Judgment for the Defendants as to Counts I, II and III.

By the Court,

March 19, 2026                                    /s/Suzanne Frisch
Date                                                     Deputy Clerk